JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJUANITA RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 5:22-cv-01056-SSS-MAAx<br><br>District Judge: Sunshine Suzanne Sykes<br><br>**JUDGMENT PER RULE 68 OFFER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SANJUANITA RODRIGUEZ ("Plaintiff") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 26, 20233.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $72,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: December 14, 2023

_____
Irene Vazquez
Deputy Clerk

1
**JUDGMENT**